## Commonwealth *v.* Thomas, Appellant.

Submitted June 14, 1967. *Albert H. Branson* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Donald C. Marino* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tunnell, Appellant.

Submitted June 13, 1967. *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Charles W. Sweeney, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.